UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

A.D., an individual,

    Plaintiff,

v.                                            Case No: 2:22-cv-649-JES-NPM

CAVALIER MERGERSUB LP, WYNDHAM HOTELS AND RESORTS INC., LA QUINTA HOLDINGS, INC., LA QUINTA FRANCHISING LLC, LA QUINTA MANAGEMENT LLC, and CPLG FL PROPERTIES, LLC,

    Defendants.

## ORDER

On May 17, 2023, the Court entered an Order (Doc. #44) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of July 2023.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record